UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA WAGNER and HEATHER LIND, on behalf of themselves and all similarly situated individuals,<br><br>            Plaintiffs,<br>v.<br>COUNTY OF INYO,<br><br>            Defendant. | Case No. 1:17-cv-00969-DAD-JLT<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER THEREON** |

The undersigned represent the named parties to this action and, by signing this stipulation, each and every party to this action agrees to the following:

WHEREAS, on July 20, 2017, Plaintiffs, on behalf of themselves and all similarly situated individuals, brought this action against Defendant alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, et seq.

WHEREAS, on July 20, 2017, the Court issued an Order Setting Mandatory Scheduling Conference in this action for October 18, 2017, and ordering the parties to file a Joint Scheduling Report on or before October 11, 2017, and further ordering the parties to conduct a Rule 26(f) conference on or before September 28, 2017 that is to include discussion of potential settlement.

WHEREAS, the parties are meeting and conferring over filing a stipulation for conditional certification of this case as a collective action pursuant to 29 U.S.C. § 216(b) and *Hoffmann-La Roche v. Sperling*, 493 U.S. 165 (1989) and facilitating notice to similarly situated

individuals. It is the intent of the parties, that through this stipulation, it will ensure an efficient resolution of the claims alleged in this action for Plaintiffs and any other individuals that may be similarly situated as well as adjudication of Defendant's liability, if any, as alleged. (See 29 U.S.C. § 216(b), See also *Hoffmann-La Roche v. Sperling*, 493 U.S. 165 (1989).)

WHEREAS, the parties agree that in order to conserve the resources of the Court, and enable the parties to complete negotiation over a stipulation for conditional certification and settlement discussions that may obviate the need to engage in further litigation, good cause exists to continue the Mandatory Scheduling Conference, and related deadlines, for at least 60 days to allow the parties to pursue their stipulation.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, that:

a) The Mandatory Scheduling Conference shall be continued to, at the earliest, December 18, 2017, or such date thereafter that is convenient for the Court; and

b) The parties' Joint Scheduling Report shall be filed no later than seven (7) days prior to the rescheduled Mandatory Scheduling Conference; and

c) The deadline for the parties to conduct a Rule 26(f) conference shall be extended to at least twenty (20) days before the rescheduled Mandatory Scheduling Conference.

Respectfully submitted,

Dated: September 27 2017 **MASTAGNI HOLSTEDT, APC**

By: */s/ Ace. T. Tate*
DAVID E. MASTAGNI, ESQ.
ISAAC S. STEVENS, ESQ.
ACE T. TATE, ESQ.
Attorneys for Plaintiffs

Dated: September 27, 2017 **ATKINSON, ANDELSON, LOYA, RUUD & ROMO**

By: */s/ Nate J. Kowalksi*
NATE J. KOWLASKI, ESQ.
Attorneys for Defendant

## ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED:

1. The Mandatory Scheduling Conference is continued to **December 21, 2017** at **8:45 a.m**. before the Honorable Jennifer L. Thurston, Magistrate Judge;
2. The parties' Joint Scheduling Report shall be filed no later than seven (7) days prior to the Mandatory Scheduling Conference; and
3. The parties SHALL conduct a Rule 26(f) conference no later than **November 27, 2017**.

IT IS SO ORDERED.

Dated:   **September 29, 2017**          **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE