IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA WAGNER and HEATHER LIND, on behalf of themselves and all similarly situated individuals,<br><br>                Plaintiffs,<br>v.<br><br>COUNTY OF INYO,<br><br>                Defendant. | Case No. 1:17-cv-00969-DAD-JLT<br><br>**[PROPOSED] ORDER GRANTING IN PART STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE (Doc. 10)** |

Based on the stipulation of the parties, the Court **ORDERS**:

1. The stipulation (Doc. 10) is **GRANTED IN PART**;
2. The scheduling conference is continued to May 9, 2018;
3. The parties **SHALL** file their joint scheduling conference report by May 4, 2018;

///
///
///
///
///
///

- 1 -
[PROPOSED] ORDER FOR STIPULATION TO VACATE DATES AND STAY PROCEEDINGS

4. All pending deadlines, except for the sending of notice to the potential class members and the filing of consents to join by potential class members as ordered in the November 21, 2017 Order Granting Conditional Certification of Collective Action and Ordering Facilitated Notice, are **VACATED**.

IT IS SO ORDERED.

Dated: **December 6, 2017**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE