# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA WAGNER and HEATHER LIND, on behalf of themselves and all similarly situated individuals,<br><br>                Plaintiffs,<br>v.<br><br>COUNTY OF INYO,<br><br>                Defendant. | Case No. 1:17-cv-00969-DAD-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>**(Doc. 18)** |

The parties report that they have resolved this case. Thus, the Court **ORDERS**:

1. **No later than June 15, 2018**, the parties **SHALL** file their **joint** motion for preliminary approval of class settlement;

2. All pending dates, including the pretrial conference and the trial are **VACATED**.

IT IS SO ORDERED.

    Dated:   **May 21, 2018**                    **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE